**Chester H. Adams, #3009**
Sparks City Attorney
cadams@cityofsparks.us
**Alyson L. McCormick, #13187**
Assistant City Attorney
amccormick@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendant City of Sparks*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPARKS; CITY OF SPARKS POLICE DEPARTMENT; ELI MAILE; BRIAN SULLIVAN and DOES 3 - 10, inclusive,<br><br>Defendants. | Case No. 3:19-CV-00692-MMD-WGC<br><br>**STIPULATION AND PROPOSED ORDER FOR SIXTY-DAY STAY PENDING COMPLETION OF INVESTIGATION**<br>**(First Request)**<br><br>**(LR IA 6-1)** |

COMES NOW Defendant CITY OF SPARKS (Defendant), together with Plaintiff ROSA ESTER BRIZUELA, individually and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA (Plaintiff), by and through their respective counsel, and hereby stipulate to stay all deadlines in this matter for a period of sixty (60) days. This Stipulation is based on the following Memorandum of Points and Authorities and all papers and pleadings on file in this matter.

///

///

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

This case arises from an officer-involved shooting involving police officers employed by Defendant and Plaintiff's husband, Rolando Antonio Brizuela (Brizuela), which resulted in Brizuela's death. Reno Police Department (RPD) is leading the investigation of the shooting pursuant to the Regional Officer-Involved Shooting Protocol, but RPD's investigation is not yet complete. Once RPD's investigation is complete, RPD will provide its investigation to the Washoe County District Attorney (WCDA) for review. After the WCDA reviews the investigation, the WCDA will determine whether the shooting was justified or, alternatively, whether to initiate criminal proceedings against the officers involved in the incident.

This Court has discretion to stay civil litigation pending completion of a related criminal investigation or criminal proceedings. *Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995). Such a decision "should be made 'in light of the particular circumstances and competing interests involved in the case.'" *Id.* (quoting *Fed. Sav. & Loan Ins. Corp. v. Molinaro*, 889 F.2d 899, 902 (9th Cir. 1989)). Relevant circumstances include "the extent to which the defendant's fifth amendment rights are implicated," the burdens or prejudice the delay or proceedings will impose on the parties, "the convenience of the court in the management of its cases," and the interests of the public and nonparties. *Molinaro*, 889 F.2d at 902-03 (internal quotation marks omitted).

Until RPD finishes its investigation and the WCDA determines whether to initiate criminal proceedings, the officers' participation in this civil matter will be constrained because their Fifth Amendment rights are implicated. In addition, RPD's report is not yet available to the Parties because the investigation remains pending. The unavailability of RPD's report will hinder Defendant's ability to respond to the Complaint and all Parties' ability to meaningfully participate in discovery. Further, the Parties do not anticipate that any current or future party to this action will be prejudiced if this matter is stayed for sixty (60) days.

///

///

///

Therefore, in order to provide additional time for RPD to complete its investigation and the WCDA to determine whether to initiate criminal proceedings, the Parties stipulate to stay all proceedings and deadlines in this matter for sixty (60) days.

PETER GOLDSTEIN LAW CORP

By: /s/Peter Goldstein
PETER GOLDSTEIN
*Attorney for Plaintiff*

CHESTER H. ADAMS
Sparks City Attorney

By: /s/ Alyson L. McCormick
ALYSON L. McCORMICK
Assistant City Attorney
*Attorneys for Defendant City of Sparks*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/20/2019

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date I served the foregoing document(s) entitled **STIPULATION FOR SIXTY-DAY STAY PENDING COMPLETION OF INVESTIGATION** on the persons set forth below by:

- ✓ Case Management/Electronic Case Filing (CM/ECF) and/or;
- ___ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices, and/or;
- ___ Personal Delivery, and/or;
- ___ Facsimile (FAX), and/or;
- ___ Federal Express or other overnight delivery, and/or;
- ___ Reno/Carson Messenger Service.

If physically delivered, each is addressed as follows:

Peter Goldstein
PETER GOLDSTEIN LAW CORP
10785 West Twain Avenue, Ste. 230
Las Vegas, Nevada 89135
peter@petergoldsteinlaw.com

DATED this 18th day of December, 2019.

          /s/ Roxanne Doyle
          Roxanne Doyle