# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA,<br><br>　　　　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF SPARKS, CITY OF SPARKS POLICE DEPARTMENT, ELI MAILE, BRIAN SULLIVAN, et al.,<br><br>　　　　　　　　　Defendants. | 3:19-cv-00692-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>May 15, 2020 |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER       REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　Before the court is Plaintiffs' Motion for Leave to File Second Amended Complaint for Damages to Add a Claim for Deprivation of Familial Relations and Add Roland Brizuela and Morgan Brizuela as Plaintiffs (ECF No. 24). Defendants have filed a Notice of Non-Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 25).

　　　Plaintiffs' Motion for Leave to File Second Amended Complaint for Damages to Add a Claim for Deprivation of Familial Relations and Add Roland Brizuela and Morgan Brizuela as Plaintiffs (ECF No. 24) is **GRANTED**. Plaintiffs shall file their Second Amended Complaint (attached as Exhibit 1 (ECF No. 24)) within **five (5) days** from the date of this Order.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk