Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:    (888) 400-8799

*Attorney for Plaintiffs*
*ROSA ESTER BRIZUELA, individually, and as*
*the Appointed Special Administrator of the*
*Estate of Rolando Antonio Brizuela, Roland Brizuela*
*and Morgan Brizuela*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA; ROLAND BRIZUELA; and MORGAN BRIZUELA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPARKS; ELI MAILE, sued in his individual capacity as a Sparks Police Officer; BRIAN SULLIVAN, sued in his individual capacity as a Sparks Police Officer; and DOES 3-10; inclusive,<br><br>Defendants. | Case No. 3:19-cv-00692 -MMD WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS THIRD AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION TO STRIKE** |

COMES NOW, Plaintiff, ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA, ROLAND BRIZUELA and MORGAN BRIZUELA, and Defendants CITY OF SPARKS, CITY OF SPARKS POLICE DEPARTMENT; ELI MAILE and BRIAN SULLIVAN (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree that the time for Plaintiffs to file their response to Defendants' Partial Motion to Dismiss Third Amended Complaint, or, in the

1

Alternative, Motion to Strike [Dkt. 56] (the "Motion") be extended two weeks from the original due date of January 21, 2021.  Plaintiffs' response will now be due on or before February 4, 2021.

**Reason for Extension**

Because of the complexity of the claims made by Plaintiffs' as well as Defendants raising of new matters in their Motion to Dismiss the parties require additional time to prepare their response to the Motion.  This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested by counsel for filing Plaintiffs' response to Defendants' Motion to Dismiss.

DATED:  January 19, 2021          PETER GOLDSTEIN LAW CORP


By:  /s/ Peter Goldstein
      PETER GOLDSTEIN
Attorneys for Plaintiff
*ROSA ESTER BRIZUELA, individually, and as the Appointed Special Administrator of the Estate of Rolando Antonio Brizuela, Roland Brizuela and Morgan Brizuela*

DATED:  January 19, 2021          CITY OF SPARKS


By:  /s/ Chester H. Adams
      CHESTER H. ADAMS
      WESLEY K. DUNCAN
      BRANDON C. SENDALL
Attorneys for Defendants
*CITY OF SPARKS, CITY OF SPARKS POLICE DEPARTMENT, ELI MAILE AND BRIAN SULLIVAN*

DATED:  January 19, 2021          STANLEY H. BROWN, JR., CHARTERED


By:  /s/ Stanley H. Brown, Jr.
      STANLEY H. BROWN, JR.
Co-Attorneys for Defendants
*CITY OF SPARKS, CITY OF SPARKS POLICE DEPARTMENT, ELI MAILE AND BRIAN SULLIVAN*

        IT IS SO ORDERED

DATED this 19th day of  January , 2021.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Run Park Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 19th day of January, 2021, a true and correct copy of the following document **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS THIRD AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION TO STRIKE** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

> Chester H. Adams, Esq.
> Sparks City Attorney
> Wesley K. Duncan, Esq.
> Chief Assistant City Attorney
> Brandon C. Sendall, Esq.
> Assistant City Attorney
> P.O. Box 857
> Sparks, Nevada 89432-0857
> Telephone:     (775) 353-2324
> Email: cadams@cityofsparks.us
>            wduncan@cityofsparks.us
>            bsendall@cityofsparks.us
> *Attorneys for Defendants*

> Stanley H. Brown, Jr., Esq.
> Stanley H. Brown, Jr., Chartered
> 127 East Liberty Street
> Reno, Nevada 89501
> Telephone:     (775) 337-8800
> Email: shbjrlaw@gmail.com
> *Co-Counsel for Defendants*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _/s/ Toni Desi_____
An Employee of Peter Goldstein Law Corp

3