**Chester H. Adams, #3009**
Sparks City Attorney
cadams@cityofsparks.us
**Wesley K. Duncan, #12362**
Chief Assistant City Attorney
wduncan@cityofsparks.us
**Brandon C. Sendall, #13246**
Senior Assistant City Attorney
bsendall@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
**Stanley H. Brown, Jr., #1364**
stanbrownjr@sbcglobal.net
127 East Liberty Street
Reno, Nevada 89501
(775) 337-8800
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA, ROLAND BRIZUELA, individually, and MORGAN BRIZUELA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPARKS; ELI MAILE; BRIAN SULLIVAN and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. 3:19-CV-00692-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS THIRD AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION TO STRIKE**<br><br>**(Fed. R. Civ. P. 12(b)(6), 12(f))** |

COMES NOW Defendants CITY OF SPARKS, ELI MAILE, and BRIAN SULLIVAN, and Plaintiffs ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA, ROLAND BRIZUELA and MORGAN BRIZUELA, (collectively hereafter the "PARTIES") by and through their undersigned counsel, hereby stipulate and agree that the time for Defendants to file their Reply in Support of Defendants' Partial Motion to

1  Dismiss Third Amended Complaint, or, in the Alternative, Motion to Strike (Motion) be extended
2  one week from the original due date of February 11, 2021. Defendant's Reply will now be due on or
3  before February 18, 2021.

### REASON FOR EXTENSION

Counsel for Defendants is preparing for a Wednesday, February 10, 2021 administrative hearing before the Nevada Labor Commissioner and requires additional time to prepare their response to Plaintiffs' arguments in opposition to Defendants' Motion and Plaintiffs' new alternative request for leave to file a Fourth Amended Complaint.  This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested by counsel for Defendants' Reply in Support of Defendants' Partial Motion to Dismiss Third Amended Complaint, or, in the Alternative, Motion to Strike.

Respectfully submitted this 9th day of February, 2021.

| PETER GOLDSTEIN LAW CORP | CHESTER H. ADAMS |
| --- | --- |
| | Sparks City Attorney |
| By: /s/Peter Goldstein | By: /s/ Brandon C. Sendall |
| PETER GOLDSTEIN | BRANDON C. SENDALL |
| *Attorney for Plaintiffs* | Senior Assistant City Attorney |
| | *Attorneys for Defendants* |

IT IS SO ORDERED.

DATED this 9th day of February, 2021

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date I served the foregoing document(s) entitled **STIPULATION AND ORDER EXTENDING TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO STRIKE** on the persons set forth below by:

✓   Case Management/Electronic Case Filing (CM/ECF) and/or;

___  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices, and/or;

___  Personal Delivery, and/or;

___  Electronic Mail (Email), and/or;

___  Federal Express or other overnight delivery, and/or;

___  Reno/Carson Messenger Service.

If physically delivered, each is addressed as follows:

Peter Goldstein
PETER GOLDSTEIN LAW CORP
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
peter@petergoldsteinlaw.com
toni@petergoldsteinlaw.com

DATED this 9th day of February, 2021.

                                                /s/ Roxanne Doyle
                                                Roxanne Doyle