1  Peter Goldstein [SBN 6992]
   PETER GOLDSTEIN LAW CORP
2  peter@petergoldsteinlaw.com
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone:    (702) 474-6400
4  Facsimile:    (888) 400-8799

5  *Attorney for Plaintiffs*
   *ROSA ESTER BRIZUELA, individually, and as*
6  *the Appointed Special Administrator of the*
   *Estate of Rolando Antonio Brizuela, Roland Brizuela*
7  *and Morgan Brizuela*

8

9  **UNITED STATES DISTRICT COURT**

10 **FOR THE DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA; ROLAND BRIZUELA; and MORGAN BRIZUELA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPARKS; ELI MAILE, sued in his individual capacity as a Sparks Police Officer; BRIAN SULLIVAN, sued in his individual capacity as a Sparks Police Officer; and DOES 3-10; inclusive,<br><br>Defendants. | Case No. 3:19-cv-00692 -MMD WGC<br><br>**STIPULATION AND ORDER TO EXTEND DATES FOR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA, ROLAND BRIZUELA and MORGAN BRIZUELA (collectively hereinafter "Plaintiffs"), and Defendants CITY OF SPARKS, ELI MAILE, and BRIAN SULLIVAN (collectively hereinafter "Defendants"), by and through their counsel of record, that Plaintiffs' deadline to respond to Defendants' pending motion for summary judgment (Dkt. 91) is extended up

1

to and including January 4, 2022, and Defendants shall not oppose Plaintiffs' request to exceed the 30-page limit, up to 53 pages for their response.  (Plaintiffs shall not oppose Defendants' pending request to exceed the 30-page limit, up to 53 pages for their pending motion for summary judgment; provided that such non-opposition shall be conditioned upon Plaintiffs' receiving the above-mentioned deadline extension and leave to file a 53-page response.)

This request for an extension is made in good faith and joined by all the parties in this case.  The request is timely pursuant to LR 26-3, well in advance of any current deadline.  Accordingly, this extension will not delay this case.  Moreover, since this request is a joint request, neither party will be prejudiced.

DATES this 23rd day of November, 2021.

| CITY OF SPARKS | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:  /s/ Mariah Northington<br>    Chester H. Adams<br>    Wesley K. Duncan<br>    Brandon C. Sendall<br>    Barrack Potter<br>    Mariah Northington<br>    Attorneys for Defendants<br>    *CITY OF SPARKS, ELI MAILE<br>    and BRIAN SULLIVAN* | By:  /s/ Peter Goldstein<br>    Peter Goldstein<br>    Attorneys for Plaintiff<br>    *ROSA ESTER BRIZUELA, individually, and<br>    as the Appointed Special Administrator of<br>    the Estate of Rolando Antonio Brizuela,<br>    Roland Brizuela and Morgan Brizuela* |

IT IS SO ORDERED

DATED this 24th day of  November , 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Run Park Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 23rd day of November, 2021, a true and correct copy of the following document **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SUMMARY JUDGMENT AND EXCEED PAGE LIMIT(First Request)** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

>Chester H. Adams, Esq.
>Sparks City Attorney
>Wesley K. Duncan, Esq.
>Chief Assistant City Attorney
>Barrack Potter, Esq.
>Sparks Senior Assistant City Attorney
>Brandon C. Sendall, Esq.
>Assistant City Attorney
>Mariah Northington,
>Sparks Assistant City Attorney
>P.O. Box 857
>Sparks, Nevada 89432-0857
>Telephone:    (775) 353-2324
>Email: cadams@cityofsparks.us
>           wduncan@cityofsparks.us
>           AttyCivilDiv@cityofsparks.us
>           bsendall@cityofsparks.us
>           bpotter@cityofsparks.us
>           mnorthington@cityofsparks.us
>
>*Attorneys for Defendants*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *Kris Bechtold*
An Employee of Peter Goldstein Law Corp

3

**From:** Northington, Mariah <mnorthington@cityofsparks.us>
**Date:** Tue, Nov 23, 2021 at 1:45 PM
**Subject:** RE: Motion to Exceed Page Limit
**To:** Jeremy Friedman <friedman313@gmail.com>, Potter, Barrack <bpotter@cityofsparks.us>
**Cc:** Duncan, Wes <wduncan@cityofsparks.us>, Peter Goldstein <peter@petergoldsteinlaw.com>, Adams, Chet <cadams@cityofsparks.us>

Mr. Friedman –

Please see the attached signed Stipulation. I made 2 changes – removing Mr. Brown from the signature block and from the Certificate of Service.

Thank you,

Mariah

Mariah Northington

Assistant City Attorney

Sparks City Attorney's Office

431 Prater Way

Sparks, NV 89431

(775) 353-2320

mnorthington@cityofsparks.us



---

**From:** Jeremy Friedman <friedman313@gmail.com>
**Sent:** Tuesday, November 23, 2021 1:20 PM
**To:** Northington, Mariah <mnorthington@cityofsparks.us>; Potter, Barrack <bpotter@cityofsparks.us>
**Cc:** Duncan, Wes <wduncan@cityofsparks.us>; Peter Goldstein <peter@petergoldsteinlaw.com>; Adams, Chet <cadams@cityofsparks.us>
**Subject:** Re: Motion to Exceed Page Limit

Counsel,

Thank you for your email. I'm appearing PHV and thus was unaware that the Local Rules had been revised in April 2020. Please see attached stipulation and let us know of any proposed revisions, or else and provide your authorization to file with the electronic signature of Defendants' attorneys.

Happy Thanksgiving,

Jeremy Friedman

---

📎 11.23.21 Stip and Order to Extend SUMMARY JUDGMENT TIME FRAME.doc