1  Peter Goldstein [SBN 6992]
   PETER GOLDSTEIN LAW CORP
2  peter@petergoldsteinlaw.com
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone:    (702) 474-6400
4  Facsimile:    (888) 400-8799

5  *Attorney for Plaintiffs*
   *ROSA ESTER BRIZUELA, individually, and as*
6  *the Appointed Special Administrator of the*
   *Estate of Rolando Antonio Brizuela, Roland Brizuela*
7  *and Morgan Brizuela*

8

9                **UNITED STATES DISTRICT COURT**

10            **FOR THE DISTRICT OF NEVADA (RENO)**

11 ROSA ESTER BRIZUELA, individually, and        Case No.  3:19-cv-00692 -MMD WGC
   as the appointed special administrator of the
12 estate of ROLANDO ANTONIO BRIZUELA;           **ORDER GRANTING STIPULATION AND**
   ROLAND BRIZUELA; and MORGAN                   **ORDER TO EXTEND DEADLINE TO**
13 BRIZUELA,                                      **SUBMIT JOINT PRETRIAL ORDER**
                                                  **(Second Request)**
14
                              Plaintiffs,
15
16        v.

17 CITY OF SPARKS; ELI MAILE, sued in his
   individual capacity as a Sparks Police Officer;
18 BRIAN SULLIVAN, sued in his individual
   capacity as a Sparks Police Officer; and DOES
19 3-10; inclusive,

20                            Defendants.

21

22

23        IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, ROSA ESTER

24 BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO

25 ANTONIO BRIZUELA, ROLAND BRIZUELA and MORGAN BRIZUELA (collectively

26 hereinafter "Plaintiffs"), and Defendants CITY OF SPARKS, ELI MAILE, and BRIAN SULLIVAN

27 (collectively hereinafter "Defendants"), by and through their counsel of record, request that the

28 parties' deadline to file the Joint Pretrial Order is extended from June 3 to June 10, 2024.

1   This request for an extension is made in good faith and joined by all the parties in this case.

2   The request is timely pursuant to LR 26-3; as it is filed in advance of the current deadline.  Plaintiffs'

3   counsel is currently working on three oppositions in cases filed in Federal Court Southern District of

4   Nevada, which are a motion for summary judgment in one case and two oppositions to motions to

5   dismiss in another. Defendants' counsel is currently working on an Answering Brief in the Nevada

6   Supreme Court.  This extension will not significantly delay this case.  Moreover, since this request is

7   a joint request, neither party will be prejudiced.

8   DATED: this 29th day of May, 2024

9   CITY OF SPARKS                                    PETER GOLDSTEIN LAW CORP

10

11  By: /s/ Mariah Northington                         By: /s/ Peter Goldstein
        Wesley K. Duncan                                    Peter Goldstein
        Brandon C. Sendall                                  Attorneys for Plaintiffs
12      Mariah Northington                                  *ROSA ESTER BRIZUELA, individually, and*
        Attorneys for Defendants                            *as the Appointed Special Administrator of*
13      *CITY OF SPARKS, ELI MAILE*                         *the Estate of Rolando Antonio Brizuela,*
        *and BRIAN SULLIVAN*                                *Roland Brizuela and Morgan Brizuela*
14

15

16

17  IT IS SO ORDERED

18  DATED this 29th ay of ____May____, 2024.

19

20                                                      _____

21                                                      UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada.  I am over the age of eighteen years and not a party to the within action; my business address is 10161 Run Park Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 29th day of May, a true and correct copy of the following document **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Sparks City Attorney
Wesley K. Duncan, Esq.
Chief Assistant City Attorney
Brandon C. Sendall, Esq.
Assistant City Attorney
Mariah Carington, Esq.
Senior  Deputy City Attorney

*Attorneys for Defendants*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By:____/s/ Peter Goldstein
An Employee of Peter Goldstein Law Corp