**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Brandon C. Sendall, #13246**
Senior Assistant City Attorney
bsendall@cityofsparks.us
**Mariah Northington, #14247**
Senior Assistant City Attorney
mnorthington@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSA ESTER BRIZUELA, *et al.*, <br><br>Plaintiff, <br><br>vs. <br><br>CITY OF SPARKS, *et al.*, <br><br>Defendants. | Case No. 3:19-CV-00692-MMD-CSD <br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER TO ADVANCE CALENDAR CALL DATE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, ROSA ESTER BRIZUELA, individually, and as the appointed special administrator of the estate of ROLANDO ANTONIO BRIZUELA, ROLAND BRIZUELA and MORGAN BRIZUELA (collectively hereinafter "Plaintiffs"), and Defendants CITY OF SPARKS, ELI MAILE and BRIAN SULLIVAN (collectively hereinafter "Defendants"), by and through their counsels of record, and hereby stipulate to advance the date of the scheduled Calendar Call in this matter from Monday, February 3, 2025 at 9:00 a.m. to Wednesday, January 29, 2025 at 9:00 a.m.

///

///

///

This request is made in good faith and joined by all the parties in this case. Defendants' lead counsel will be out of the country during the currently scheduled February 3, 2025 Calendar Call date.

DATED THIS 13th day of June, 2024

| PETER GOLDSTEIN LAW CORP | SPARKS CITY ATTORNEY |
|---|---|
| By: /s/ Peter Goldstein<br>PETER GOLDSTEIN<br>Attorney for Plaintiffs | /s/ Mariah Northington<br>MARIAH NORTHINGTON<br>Attorney for Defendants |

FRIEDMAN LAW, P.C.

By: /s/ Jeremy Friedman
JEREMY FRIEDMAN
Attorney for Plaintiffs

IT IS SO ORDERED.

_____          June 14, 2024
UNITED STATES DISTRICT JUDGE        DATED

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date I served the foregoing document(s) entitled **STIPULATION AND [PROPOSED] ORDER TO ADVANCE CALENDAR CALL DATE** on the persons set forth below by Case Management/Electronic Case Filing (CM/ECF) and/or; placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices addressed as follows:

Peter Goldstein
PETER GOLDSTEIN LAW CORP
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
peter@petergoldsteinlaw.com
toni@petergoldsteinlaw.com

Jeremy Friedman
Friedman Law, P.C.
P.O. Box 95184
Newton, Massachusetts 02495
friedman313@gmail.com

DATED this 13th day of June, 2024.

                                              /s/ Roxanne Doyle
                                                Roxanne Doyle