**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSA ESTER BRIZUELA, individually and as the appointed Special Administrator of the Estate of ROLANDO ANTONIO BRIZUELA; ROLAND BRIZEULA, individually and MORGAN BRIZUELA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SPARKS; ELI MAILE, sued in his individual capacity as a Sparks Police Officer; BRIAN SULLIVAN, sued in his individual capacity as a Sparks Police Officer and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:<br>3:19-cv-00692-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiffs, by and through their counsel of record, Peter Goldstein, Esq. of Peter Goldstein Law Corp. and Defendants, by and through their counsel of record, Craig R. Anderson, Esq. of Marquis Aurbach, that the above-refenced matter be dismissed with prejudice; and

/ / /

/ / /

/ / /

MAC: 16685-002 (#5702283.1) 12/20/2024 1:16 PM

Case 3:19-cv-00692-MMD-CSD   Document 150   Filed 12/27/24   Page 2 of 2

IT IS FURTHER STIPULATED that the parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 20th day of December, 2024.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for Defendants | By: *s/Peter Goldstein* <br> Peter Goldstein, Esq. <br> Nevada Bar No. 6992 <br> 10161 Park Run Drive, Ste. 150 <br> Las Vegas, Nevada 89145 <br> Attorney for Plaintiffs |

**ORDER**

IT IS SO ORDERED that the above-refenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that the parties shall bear their own attorney fees and costs.

IT IS HEREBY ORDERED:

Dated:  December 27, 2024

_____
United States District Court Judge

Page 2 of 2

MAC: 16685-002 (#5702283.1) 12/20/2024 1:16 PM